# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00676-CR

**Angelita Rodriguez Pacheco, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BURNET COUNTY, 424TH JUDICIAL DISTRICT
## NO. 41988, HONORABLE DAN H. MILLS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due February 19, 2015. On counsel's motions, the time for filing was extended to June 19. On June 15, appellant's counsel filed his third motion for extension of time to file a brief, requesting an additional 30 days.

We grant the motion and caution counsel that no further extensions will be granted. We order counsel for appellant to file a brief no later than July 20, 2015. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered June 18, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish